**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

HOWELL STRICKLAND AND                                                      PLAINTIFFS
ANNA STRICKLAND

V.                                          CIVIL ACTION NO. 1:14-CV-00119-SA-DAS

INTEGON NATIONAL INSURANCE COMPANY,
A/K/A NATIONAL GENERAL INSURANCE
COMPANY, INDIVIDUALLY AND D/B/A GMAC
INSURANCE; AND UNIDENTIFIED INSURANCE
COMPANIES 1-5                                                              DEFENDANTS

## ORDER

Pursuant to a memorandum opinion issued this day, the parties' Stipulation to Remand

[6], treated by the Court as a motion to remand, is GRANTED.  The Court finds that it lacks

subject matter jurisdiction over this matter.  Accordingly, the clerk is hereby directed to

REMAND this action to the Circuit Court of Lowndes County, Mississippi.

SO ORDERED on this, the 30th day of October, 2014.


                                           _/s/ Sharion Aycock_____
                                           UNITED STATES DISTRICT JUDGE